# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94044



RE:       USA vs. Arthur Cheney
USDC No.: 2:07-MJ-00390-EFB

Dear Clerk,      3-07-70734

Pursuant to the order transferring the above captioned case to your court, dated December 13, 2007, transmitted herewith are the following documents.

**Electronic Documents: 1 to 2.**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

|  |  |
|---|---|
|  | Very truly yours, |
| **December 14, 2007** | /s/ A. Benson |
|  | Deputy Clerk |

RECEIVED BY: _____
              Please Print Name

DATE RECEIVED: _____

NEW CASE
NUMBER:       _____



AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

Eastern District of California

| UNITED STATES OF AMERICA<br>V.<br>ARTHUR ELI CHENEY | COMMITMENT TO ANOTHER DISTRICT<br><br>Case No. MAG-07-0390-EFB |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 3-07-70734-MEJ | MAG-07-0390-EFB | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment   ☐ Information   X Complaint   ☐ Other (specify)

charging a violation of   18   U.S.C. § 2113(a)

**DISTRICT OF OFFENSE**
Northern District of California

**DESCRIPTION OF CHARGES:**

Bank Robbery

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: VICTORIA C. MINOR
Clerk, U. S. District Court
Eastern District of California
By  A. Benson
Deputy Clerk
Dated 12/14/07

FILED
DEC 13 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**  ☐ Retained Own Counsel   X Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   No   Yes   Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

12-13-07
Date                                      United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

Commitment to Another District2.wpd

U.S. District Court
Eastern District of California - Live System (Sacramento)
CRIMINAL DOCKET FOR CASE #: 2:07-mj-00390-EFB All Defendants
Internal Use Only

Case title: USA v. Cheney

Date Filed: 12/13/2007
Date Terminated: 12/14/2007

Assigned to: Magistrate Judge Edmund F. Brennan

**Defendant**

**Arthur Cheney** (1)
*TERMINATED: 12/14/2007*

represented by **Alexandra Paradis Negin**
Federal Public Defender's Office
801 I Street
3rd Floor
Sacramento, CA 95818
916-498-5700
Email: lexi_negin@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: *Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U. S. District Court
Eastern District of California
Disposition By _____ABenson_____
                              Deputy Clerk
Dated  12/14/07

**Disposition**

**Plaintiff**

**USA**

represented by **Carolyn K. Delaney**
United States Attorney's Office
501 I Street
Suite 10-100
Sacramento, CA 95814
(916) 554-2798
Fax: (916) 554-2900
Email: carolyn.delaney2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2007 | 1 | MINUTES (Text Only) for INITIAL APPEARANCE in RULE 5(c)(3) PROCEEDINGS as to Arthur Cheney (Northern District of CA - 3-07-70734-MEJ) held on 12/13/2007 before Judge |

|  |  |  |
|---|---|---|
|  |  | Edmund F. Brennan :All parties present. The Federal Defender was appointed to represent the deft. The Court advised the deft of her rights and the pending charges. The deft waived ID hearing and requested to be transported forthwith to the Northern District of California. It was so ordered. Government Counsel Carolyn Delaney present. Defense Counsel Lexi Negin, AFD present. Custody Status: In custody. Court Reporter/CD Number: Casey Schultz, ECRO. (Cannarozzi, N) (Entered: 12/13/2007) |
| 12/13/2007 | ●2 | COMMITMENT to ANOTHER DISTRICT signed by Judge Edmund F. Brennan on 12/13/07 as to Arthur Cheney. Defendant committed to the Northern District of CA. (cc:USM) (Benson, A) (Entered: 12/14/2007) |
| 12/14/2007 | ● | (Court only) ***TERMINATE DEFENDANT Arthur Cheney, pending deadlines, and motions. (Benson, A) (Entered: 12/14/2007) |
| 12/14/2007 | ●3 | TRANSMITTAL of DOCUMENTS re 2 Commitment to Another District on *12/13/2007* to * United States District Court* *Northern District of California* *450 Golden Gate Ave.* *San Francisco, CA 94044*.<br>*Electronic Documents: 1 to 2. *. (Benson, A) (Entered: 12/14/2007) |