**FILED**
FEB - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JAN 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
FEB - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ARTHUR CHENEY,<br><br>    Defendant. | No. CR 07-070734 MEJ<br><br>[PROPOSED] ORDER RE: EYE EXAM |

The United States Marshal is directed to secure an eye exam for the defendant Arthur Cheney and, if prescribed, to provide the defendant with eyeglasses.

IT IS SO ORDERED.

2-29-08
DATED

MARIA-ELENA JAMES
United States Magistrate Judge

*Cheney*, CR 07-00390 EFB-1
ORD. RE: EYE EXAM

**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

BARRY J. PORTMAN
*Federal Public Defender*
STEVEN G. KALAR
*Assistant Federal Public Defender*

Telephone: (415) 436-7700
Fax:         (415) 436-7706
E-mail:     Steven_Kalar@fd.org

Monday, January 28, 2008

United States District Court
Northern District of California
The Honorable Maria-Elena James
Federal Building, 15th Floor
450 Golden Gate Ave.
San Francisco CA 94102

RE: *United States v. Arthur Cheney*, CR 07-070734 MEJ

Your Honor:

You will recall that the defendant Arthur Cheney made his initial appearance before this Court on January 23, 2008. At that appearance, I explained that he had no glasses and could not see without them. The Marshal further explained that glasses could be obtained with a court order.

Therefore, enclosed please find a court order asking the Marshals to secure an eye exam for Mr. Cheney, and to provide eyeglasses if prescribed during that exam.

Thank you for your consideration.

Sincerely,

BARRY J. PORTMAN
Federal Public Defender
Northern District of California

/s

STEVEN G. KALAR
Assistant Federal Public Defender
Northern District of California

Enclosure
cc:    AUSA Derek Owens