IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ARTHUR CHENEY,<br><br>　　　　　Defendant. | No. 07-mj-70734 MAG<br><br>[PROPOSED] STIPULATED ORDER CONTINUING ARRAIGNMENT |

The defendant Arthur Cheney is the suspect or is charged in several federal districts with unarmed bank robbery. Since Mr. Cheney's initial appearance his counsel, AFPD Steven Kalar, has been working to resolve these various matters in a single pre-indictment disposition. In this proposed stipulated order, the parties represent that they are close to a resolution and hope to be entering a plea to an Information at the next appearance before the magistrate.

Mr. Cheney is currently scheduled to appear before the Court on Tuesday, July 8, 2008 for arraignment. In this stipulated order, Mr. Kalar represents that he is unavailable on that date due to a full-day evidentiary hearing scheduled before the Honorable Charles R. Breyer. The defense accordingly requests that the arraignment be continued one day, to July 9, 2008.

The government has no objection to this request.

*Cheney*, No. 07-mj-70734-MAG
ORD. CONT. ARRAIGNMENT

1  Therefore, for good cause shown the arraignment now scheduled for Mr. Cheney on
2  July 8th shall be vacated. The matter shall be added to the Court's calendar on Wednesday,
3  July 9, 2008 at 9:30 for arraignment. Time for arraignment shall be excluded under Federal
4  Rule of Criminal Procedure 5.1 for good cause and to permit for the continuity of counsel.

5

6  IT IS SO ORDERED.

7

8  _____          _____
   DATED                            MARIA ELENA-JAMES
9                                   United States Magistrate Judge

10

11  IT IS SO STIPULATED.

12
    July 1, 2008                     /s
13  DATED                            JOSEPH P. RUSSONIELLO
                                     United States Attorney
14                                   Northern District of California
15                                   DEREK OWENS
                                     Assistant United States Attorney
16

17

18  July 1, 2008                     /s
19  DATED                            BARRY J. PORTMAN
                                     Federal Public Defender
20                                   Northern District of California
21                                   STEVEN G. KALAR
                                     Assistant Federal Public Defender
22

23

24

25

26

*Cheney*, No. 07-mj-70734-MAG
ORD. CONT. ARRAIGNMENT          2