AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 18, United States Code, Sections 2113(a) – Bank Robbery (Twenty Counts)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: As to each count:
Maximum Term of Imprisonment of Twenty Years
Maximum Fine of $250,000
Maximum Supervised Release Term of Three Years
Mandatory Special Assessment of $100

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
▶ ARTHUR ELI CHENEY

DISTRICT COURT NUMBER
CR 08 0441

FILED
JUL - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MHP

E-filing

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
3-07-70734 MAG

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   DEREK R. OWENS

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction   } ☒ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☒ No   } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year   12/12/2007
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

**FILED**

JUL - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

MHP

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA, )   No. CR 08 0441
                          )
    Plaintiff,             )   VIOLATION: Title 18, United States Code,
                          )   Sections 2113(a) – Bank Robbery (Twenty
    v.                    )   Counts)
                          )
ARTHUR ELI CHENEY,        )
                          )   SAN FRANCISCO VENUE
    Defendant.            )
_____)

INFORMATION

The United States Attorney charges:

COUNT ONE: 18 U.S.C. § 2113(a) - Bank Robbery

1. On or about June 18, 2007, in the Eastern District of California, the defendant,

ARTHUR ELI CHENEY,

did knowingly and by force, violence, and intimidation, take from the persons and presence of employees of the Umpqua Bank, located at 1411 Oliver Road, Fairfield, California, approximately $4,000 in United States currency belonging to and in the care, custody, control, management, and possession of said Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section

INFORMATION

1 | 2113(a).

2 | COUNT TWO: 18 U.S.C. § 2113(a) - Bank Robbery

3 |     2. On or about July 16, 2007, in the Northern District of California, the defendant,

4 |                          ARTHUR ELI CHENEY,

5 | did knowingly and by force, violence, and intimidation, take from the persons and presence of
6 | employees of the Bank of Marin, located at 799 Baywood Drive, Petaluma, California,
7 | approximately $7,750 in United States currency belonging to and in the care, custody, control,
8 | management, and possession of said Bank, the deposits of which were then insured by the
9 | Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section
10 | 2113(a).

11 | COUNT THREE: 18 U.S.C. § 2113(a) - Bank Robbery

12 |     3. On or about August 8, 2007, in the Central District of California, the defendant,

13 |                          ARTHUR ELI CHENEY,

14 | did knowingly and by force, violence, and intimidation, take from the persons and presence of
15 | employees of the Bank of America, located at 3790 State Street, Santa Barbara, California,
16 | approximately $1,525 in United States currency belonging to and in the care, custody, control,
17 | management, and possession of said Bank, the deposits of which were then insured by the
18 | Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section
19 | 2113(a).

20 | COUNT FOUR: 18 U.S.C. § 2113(a) - Bank Robbery

21 |     4. On or about August 11, 2007, in the Northern District of California, the defendant,

22 |                          ARTHUR ELI CHENEY,

23 | did knowingly and by force, violence, and intimidation, take from the persons and presence of
24 | employees of the Citibank, located at 3490 Stevens Creek Boulevard, San Jose, California,
25 | approximately $3,150 in United States currency belonging to and in the care, custody, control,
26 | management, and possession of said Bank, the deposits of which were then insured by the
27 | Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section
28 | 2113(a).

INFORMATION

1  COUNT FIVE: 18 U.S.C. § 2113(a) - Bank Robbery
2        5. On or about August 25, 2007, in the Northern District of California, the defendant,
3                              ARTHUR ELI CHENEY,
4  did knowingly and by force, violence, and intimidation, take from the persons and presence of
5  employees of the Guaranty Bank, located at 70 West Hamilton Avenue, Campbell, California,
6  approximately $1,672 in United States currency belonging to and in the care, custody, control,
7  management, and possession of said Bank, the deposits of which were then insured by the
8  Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section
9  2113(a).
10 COUNT SIX: 18 U.S.C. § 2113(a) - Bank Robbery
11       6. On or about August 30, 2007, in the Eastern District of California, the defendant,
12                             ARTHUR ELI CHENEY,
13 did knowingly and by force, violence, and intimidation, take from the persons and presence of
14 employees of the Umpqua Bank, located at 403 Davis Street, Vacaville, California,
15 approximately $1,700 in United States currency belonging to and in the care, custody, control,
16 management, and possession of said Bank, the deposits of which were then insured by the
17 Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section
18 2113(a).
19 COUNT SEVEN: 18 U.S.C. § 2113(a) - Bank Robbery
20       7. On or about September 4, 2007, in the District of Utah, the defendant,
21                             ARTHUR ELI CHENEY,
22 did knowingly and by force, violence, and intimidation, take from the persons and presence of
23 employees of the Zions Bank, located at 125 West 10600 South, Sandy, Utah, approximately
24 $3,900 in United States currency belonging to and in the care, custody, control, management, and
25 possession of said Bank, the deposits of which were then insured by the Federal Deposit
26 Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).
27 //
28 //

INFORMATION

Case 3:08-cr-00441-MHP   Document 11   Filed 07/07/2008   Page 5 of 9

1 | COUNT EIGHT: 18 U.S.C. § 2113(a) - Bank Robbery
2 |     8. On or about September 18, 2007, in the Central District of California, the defendant,
3 |                         ARTHUR ELI CHENEY,
4 | did knowingly and by force, violence, and intimidation, attempt to take from the persons and
5 | presence of employees of the Community West Bank, located at 951 South Westlake Boulevard,
6 | Westlake Village, California, United States currency belonging to and in the care, custody,
7 | control, management, and possession of said Bank, the deposits of which were then insured by
8 | the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section
9 | 2113(a).
10 | COUNT NINE: 18 U.S.C. § 2113(a) - Bank Robbery
11 |     9. On or about September 18, 2007, in the Central District of California, the defendant,
12 |                         ARTHUR ELI CHENEY,
13 | did knowingly and by force, violence, and intimidation, take from the persons and presence of
14 | employees of the Bank of the West, located at 2395 Huntington Drive, San Marion, California,
15 | approximately $1,900 in United States currency belonging to and in the care, custody, control,
16 | management, and possession of said Bank, the deposits of which were then insured by the
17 | Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section
18 | 2113(a).
19 | COUNT TEN: 18 U.S.C. § 2113(a) - Bank Robbery
20 |     10. On or about September 22, 2007, in the Central District of California, the defendant,
21 |                         ARTHUR ELI CHENEY,
22 | did knowingly and by force, violence, and intimidation, take from the persons and presence of
23 | employees of the California National Bank, located at 11777 San Vicente Boulevard, Brentwood,
24 | California, approximately $1,000 in United States currency belonging to and in the care, custody,
25 | control, management, and possession of said Bank, the deposits of which were then insured by
26 | the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section
27 | 2113(a).
28 | //

INFORMATION

1  COUNT ELEVEN: 18 U.S.C. § 2113(a) - Bank Robbery
2      11. On or about October 4, 2007, in the Central District of California, the defendant,
3                              ARTHUR ELI CHENEY,
4  did knowingly and by force, violence, and intimidation, take from the persons and presence of
5  employees of the California Bank and Trust, located at 73301 Highway 111, Palm Desert,
6  California, approximately $1,900 in United States currency belonging to and in the care, custody,
7  control, management, and possession of said Bank, the deposits of which were then insured by
8  the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section
9  2113(a).
10 COUNT TWELVE: 18 U.S.C. § 2113(a) - Bank Robbery
11     12. On or about October 30, 2007, in the Northern District of California, the defendant,
12                             ARTHUR ELI CHENEY,
13 did knowingly and by force, violence, and intimidation, take from the persons and presence of
14 employees of the Bank of the West, located at 148 Park Road, Burlingame, California,
15 approximately $2,800 in United States currency belonging to and in the care, custody, control,
16 management, and possession of said Bank, the deposits of which were then insured by the
17 Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section
18 2113(a).
19 COUNT THIRTEEN: 18 U.S.C. § 2113(a) - Bank Robbery
20     13. On or about November 8, 2007, in the Southern District of California, the defendant,
21                             ARTHUR ELI CHENEY,
22 did knowingly and by force, violence, and intimidation, take from the persons and presence of
23 employees of the Ironstone Bank, located at 835 Pearl Street, San Diego, California,
24 approximately $1,950 in United States currency belonging to and in the care, custody, control,
25 management, and possession of said Bank, the deposits of which were then insured by the
26 Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section
27 2113(a).
28 //

INFORMATION

1  COUNT FOURTEEN: 18 U.S.C. § 2113(a) - Bank Robbery
2        14. On or about November 14, 2007, in the Southern District of California, the
3  defendant,
4                            ARTHUR ELI CHENEY,
5  did knowingly and by force, violence, and intimidation, take from the persons and presence of
6  employees of the California Bank & Trust, located at 675 Carlsbad Village Drive, Carlsbad,
7  California, approximately $2,300 in United States currency belonging to and in the care, custody,
8  control, management, and possession of said Bank, the deposits of which were then insured by
9  the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section
10 2113(a).
11 COUNT FIFTEEN: 18 U.S.C. § 2113(a) - Bank Robbery
12        15. On or about November 19, 2007, in the Northern District of California, the
13 defendant,
14                            ARTHUR ELI CHENEY,
15 did knowingly and by force, violence, and intimidation, take from the persons and presence of
16 employees of the Citibank, located at 1888 Ralston Avenue, Belmont, California, approximately
17 $5,000 in United States currency belonging to and in the care, custody, control, management, and
18 possession of said Bank, the deposits of which were then insured by the Federal Deposit
19 Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).
20 COUNT SIXTEEN: 18 U.S.C. § 2113(a) - Bank Robbery
21        16. On or about November 27, 2007, in the Southern District of California, the
22 defendant,
23                            ARTHUR ELI CHENEY,
24 did knowingly and by force, violence, and intimidation, take from the persons and presence of
25 employees of the Pacific Trust Bank, located at 16536 Bernardo Center Drive, San Diego,
26 California, approximately $1,100 in United States currency belonging to and in the care, custody,
27 control, management, and possession of said Bank, the deposits of which were then insured by
28 the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section

INFORMATION

1 | 2113(a).

2 | COUNT SEVENTEEN: 18 U.S.C. § 2113(a) - Bank Robbery

3 |     17. On or about December 3, 2007, in the Northern District of California, the defendant,

4 |                          ARTHUR ELI CHENEY,

5 | did knowingly and by force, violence, and intimidation, take from the persons and presence of

6 | employees of the Mid-Peninsula Bank, located at 420 Cowper Street, Palo Alto, California,

7 | approximately $1,200 in United States currency belonging to and in the care, custody, control,

8 | management, and possession of said Bank, the deposits of which were then insured by the

9 | Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section

10 | 2113(a).

11 | COUNT EIGHTEEN: 18 U.S.C. § 2113(a) - Bank Robbery

12 |     18. On or about December 5, 2007, in the Northern District of California, the defendant,

13 |                          ARTHUR ELI CHENEY,

14 | did knowingly and by force, violence, and intimidation, take from the persons and presence of

15 | employees of the Tamalpais Bank, located at 71 Casa Buena Drive, Corte Madera, California,

16 | approximately $600 in United States currency belonging to and in the care, custody, control,

17 | management, and possession of said Bank, the deposits of which were then insured by the

18 | Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section

19 | 2113(a).

20 | COUNT NINETEEN: 18 U.S.C. § 2113(a) - Bank Robbery

21 |     19. On or about December 10, 2007, in the Northern District of California, the defendant,

22 |                          ARTHUR ELI CHENEY,

23 | did knowingly and by force, violence, and intimidation, take from the persons and presence of

24 | employees of the Provident Credit Union, located at 825 Santa Cruz Avenue, Menlo Park,

25 | California, approximately $1,443 in United States currency belonging to and in the care, custody,

26 | control, management, and possession of said Credit Union, the deposits of which were then

27 | insured by the National Credit Union Administration Board, in violation of Title 18, United

28 | States Code, Section 2113(a).

INFORMATION

1 | COUNT TWENTY: 18 U.S.C. § 2113(a) - Bank Robbery

2 |     20. On or about December 12, 2007, in the Eastern District of California, the defendant,

3 | <div align="center">ARTHUR ELI CHENEY,</div>

4 | did knowingly and by force, violence, and intimidation, take from the persons and presence of

5 | employees of the Bank of the West, located at 1300 Oliver Road, Fairfield, California, United

6 | States currency belonging to and in the care, custody, control, management, and possession of

7 | said Bank, the deposits of which were then insured by the Federal Deposit Insurance

8 | Corporation, in violation of Title 18, United States Code, Section 2113(a).

10 | DATED: July 7, 2008          JOSEPH P. RUSSONIELLO
                                                United States Attorney

13 |                                                 KYLE F. WALDINGER
                                                Deputy Chief, Major Crimes Section

15 | (Approved as to form: _____ )
16 | DEREK OWENS
     Assistant United States Attorney

INFORMATION