AO 455 (Rev. 5/85)   Waiver of Indictment   ⊕

# United States District Court

*NORTHERN* _____ DISTRICT OF *CALIFORNIA*

**FILED**

JUL 0 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

*ARTHUR ELI CHENEY*

CASE NUMBER: *CR 08 - 0441 MHP*

I, *ART CHENEY* _____ , the above named defendant, who is accused of

*18 USC § 2113 (a), BANK ROBBERY*

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on *JULY 9, 2008* _____ prosecution by indictment and consent that the
                          *Date*

proceeding may be by information rather than by indictment.

_____
Defendant

_____ *July 9, 2008*
Counsel for Defendant

Before _____
           *Judicial Officer*