**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: July 21, 2008

Case No.   CR 08-0441  MHP          Judge:   MARILYN H. PATEL

Title:  UNITED STATES -v- ARTHUR CHENEY (c):

Attorneys:   Plf: Derek Owen
             Dft: Steven Kalar

Deputy Clerk: Anthony Bowser   Court Reporter: Jim Yeomans

**PROCEEDINGS**

1)   Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Defendant present in custody; Matter continued to 8/25/2008 at 10:00 am for Change of Plea; Judgment and sentencing set for 10/20/2008 at 9:00 am;

Matter referred to USPO for presentence report;