UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL PRETRIAL MINUTES**

Date: August 25, 2008

Case No.   CR 08-0441 MHP            Judge:  MARILYN H. PATEL

Title:  UNITED STATES -v- ARTHUR CHENEY (c):

Attorneys:   Plf: Derek Owen
             Dft: Steven Kalar

Deputy Clerk: Anthony Bowser    Court Reporter: Lydia Zinn

**PROCEEDINGS**

1) Change of Plea Hearing

2) _____

3) _____

**ORDERED AFTER HEARING:**

Defendant present in custody; Defendant advised of rights and charges, and waives further hearing and/or trial; Defendant enters a guilty plea as to counts 1-20 of the information;

Matter referred to USPO for Presentence Report;

Judgment & Sentencing set for 10/20/2008 at 9:00 am;