**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**BARRY J. PORTMAN**
*Federal Public Defender*
**STEVEN G. KALAR**
*Assistant Federal Public Defender*

Telephone: (415) 436-7700
Fax:        (415) 436-7706
E-mail:    Steven_Kalar@fd.org

Friday, September 5, 2008

The Honorable Marilyn H. Patel
United States District Judge
United States District Court
for the Northern District of California
Federal Building, 18th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

**RE:** *United States v. Arthur Cheney* , **CR 08-0441 PJH**

Your Honor:

You will recall that Mr. Cheney pleaded guilty to twenty counts of bank robbery on Monday, August 25, 2008. At that appearance I explained Mr. Cheney's many illnesses, expressed my concern about access to deputies at North County, and asked that he be transferred to FDC Dublin.

In response, you asked that I prepare an order to that effect.

Enclosed please find a proposed order asking the Marshals to transfer Mr. Cheney to FDC Dublin when space becomes available.

Thank you for your consideration.

Sincerely,

BARRY J. PORTMAN
Federal Public Defender
Northern District of California

/s

STEVEN G. KALAR
Assistant Federal Public Defender
Northern District of California

Enclosure
cc:    AUSA Derek Owens

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,                    )
                                                 )   No.  CR 08-0441 PJH
10                          Plaintiff,           )
                                                 )   [PROPOSED] ORDER RE:
11              v.                               )   TRANSFER TO F.D.C. DUBLIN
                                                 )
12   ARTHUR CHENEY,                              )
                                                 )
13                          Defendant.           )
     _____)

14

15         At the last appearance before the Court counsel for Mr. Cheney explained the

16   defendant's considerable health problems, and described how the defendant had recently lost

17   consciousness.

18         In light of these concerns, the United States Marshal is directed to move Mr. Cheney

19   from the Glenn Dyer jail to F.D.C. Dublin if and when space becomes available.

20

21   IT IS SO ORDERED.

22

23

24   _____          _____
     DATED                        MARILYN H. PATEL
25                                United States District Judge

26