IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0441 ~~PJH~~ MHP |
| Plaintiff, ) | |
| ) | ~~[PROPOSED]~~ ORDER RE: |
| v. ) | TRANSFER TO F.D.C. DUBLIN |
| ARTHUR CHENEY, ) | |
| Defendant. ) | |

At the last appearance before the Court counsel for Mr. Cheney explained the defendant's considerable health problems, and described how the defendant had recently lost consciousness.

In light of these concerns, the United States Marshal is directed to move Mr. Cheney from the Glenn Dyer jail to F.D.C. Dublin if and when space becomes available.

IT IS SO ORDERED.

9/5/2008
DATED

MARILYN
United State

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]

*Cheney*, CR 08-0441 ~~PJH~~ MHP
ORD. RE: TRANSFER TO FDC DUBLIN